1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MONG TUYEN THI TRAN,

                    Plaintiff,

        v.

BRUCE SCOTT; CAMMILLA WAMSLEY;
KRISTI NOEM; UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY; TODD LYONS; UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT,
                    Defendants.

Case No. 2:25-cv-01886-TMC-BAT

ORDER DIRECTING PARTIES TO MEET
AND CONFER

15

16

17

18

19

20

21

22

23

24

Petitioner Mong Tuyen Thi Tran filed a petition for writ of habeas corpus and a motion

for a temporary restraining order ("TRO") to obtain her release from immigration detention and

prevent her deportation to an unknown third country. Dkts. 1, 3. The Court intends to review

briefing from the parties on these matters and thereby ORDERS the following:

- Plaintiff's counsel shall contact Defendants' counsel immediately to provide a copy

   of this order and meet and confer on (1) a briefing schedule for the TRO; (2) an

   expedited briefing schedule for Petitioner's underlying habeas petition; and (3)

   whether the government will agree to a stipulated order to not deport Petitioner to any

   country other than Vietnam while this case is pending.

ORDER DIRECTING PARTIES TO MEET AND CONFER - 1

- Counsel from both parties shall contact the courtroom deputy as soon as possible to arrange for a Zoom scheduling conference with the Court.

- If counsel do not promptly arrange a scheduling conference, the Court expects Defendants to respond to the TRO on the schedule set by Local Civil Rule (LCR) 65.

Dated this 1st day of October, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER DIRECTING PARTIES TO MEET AND CONFER - 2