UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONG TUYEN THI TRAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRUCE SCOTT; CAMMILLA WAMSLEY; KRISTI NOEM; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>　　　　　Defendants. | Case No. 2:25-cv-01886-TMC-BAT<br><br>ORDER SETTING EXPEDITED BRIEFING SCHEDULE |

On October 1, 2025, Petitioner filed a 28 U.S.C. § 2241 petition for writ of habeas corpus and a motion for a temporary restraining order ("TRO"). Dkts. 1, 3. On the same day, the Court directed the parties to meet and confer regarding a briefing schedule. Dkt. 7. The parties promptly conferred and agreed to forgo the motion for a TRO in favor of an expedited briefing schedule for Petitioner's habeas petition.

The Court adopts the parties' proposed schedule and ORDERS:

- Respondents shall file a response to the habeas petition no later than October 7, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

ORDER SETTING EXPEDITED BRIEFING SCHEDULE - 1

- Any reply Petitioners wish to file shall be due by October 9, 2025. The clerk shall note the habeas petition (Dkt. 1) for consideration on October 9, 2025.
- The parties shall contact the courtroom deputy by email if they wish to schedule oral argument on the habeas petition.
- Because this Court will address the expedited habeas petition, the Court terminates the referral to Magistrate Judge Brian A. Tsuchida.
- Based on the parties' agreement to an expedited briefing schedule, Petitioner's motion for a TRO (Dkt. 3) is DENIED as moot.

Dated this 1st day of October, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER SETTING EXPEDITED BRIEFING SCHEDULE - 2