District Judge Tiffany M. Cartwright
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONG TUYEN THI TRAN,<br><br>              Petitioner,<br><br>       v.<br><br>BRUCE SCOTT, *et al.*,<br><br>              Respondents. | Case No. 2:25-cv-01886-TMC-BAT<br><br>STIPULATION REGARDING<br>THIRD-COUNTRY REMOVAL<br><br>Noted for Consideration:<br>October 1, 2025 |

Petitioner Mong Tuyen Thi Tran has filed a habeas corpus petition challenging her detention at the Northwest ICE Processing Center. Dkt. 4. In that Petition, she seeks an order preventing her removal to a country other than Vietnam. *Id.* at 21. The Court has ordered the parties to meet and confer on, among other things, whether U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) will agree not to remove Petitioner to a third country while this case is pending. Dkt. 7 at 2. ICE ERO is not seeking to effectuate Petitioner's removal to a third country.

Therefore, ICE ERO agrees that, while this case is pending, it will not remove Petitioner to any country other than Vietnam.

STIPULATION REGARDING THIRD-COUNTRY REMOVAL
[Case No. 2:25-cv-01886-TMC-BAT] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated October 1, 2025.

                                              Respectfully submitted,

REBECCA S. COHEN
Acting United States Attorney

*s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: annalisa.cravens@usdoj.gov

*Counsel for Federal Respondents*

I certify that this memorandum contains 120 words in compliance with the Local Rules.

/s/ Jennifer Pasquarella

Jennifer Pasquarella (WA Bar No. 62205)
Seattle Clemency Project
20415 72nd Ave South, Suite 1-415
Kent, WA 98032
Telephone: 917.690.2038
jennie@seattleclemencyproject.org

*Counsel for Petitioner*

STIPULATION REGARDING THIRD-COUNTRY REMOVAL
[Case No. 2:25-cv-01886-TMC-BAT] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED]** **ORDER**

For so long as this case remains pending, ICE ERO shall not remove Petitioner Mong Tuyen Thi Tran to any country other than Vietnam.

It is so ORDERED.

Dated: October 1st, 2025.

_____
TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING THIRD-COUNTRY REMOVAL
[Case No. 2:25-cv-01886-TMC-BAT] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970