The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MONG TUYEN THI TRAN,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>BRUCE SCOTT, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:25-cv-01886-TMC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME<br><br>Noted for Consideration:<br>October 20, 2025 |

The Court ordered the parties to meet and confer regarding Petitioner's third-country removal claims and to submit a proposed deadline for any amendments by October 20, 2025. Dkt. 17 at 11. The parties jointly file this stipulation asking to extend that deadline by two weeks, to November 3, 2025. Because Petitioner has been released from custody and because a stipulated order would bar any third-country removal while this case is pending, no harm will result from a brief extension.

//

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME
[Case No. 2:25-cv-01886-TMC] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 20th day of October, 2025.

Respectfully submitted,

| CHARLES NEIL FLOYD<br>United States Attorney | SEMLER LAW LLC |
|---|---|
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | s/ Bernard W. Semler<br>BERNARD W. SEMLER II, FL #1036234<br>Semler Law LLC<br>860 Pennsylvania Ave<br>Hagerstown, MD 21742<br>Phone: 301-733-1222<br>Fax:    301-733-3912<br>Email: bsemler@semlerlawllc.com |
| *Attorneys for Federal Respondents* | SEATTLE CLEMENCY PROJECT |
| *I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.* | s/ Jennifer Pasquarella<br>JENNIFER PASQUARELLA, CA #263241<br>Seattle Clemency Project<br>20415 72nd Ave S Suite 1-415<br>Kent, WA 98032<br>Phone: 917-690-2038<br>Fax:    301-733-3912<br>Email: jennie@seattleclemencyproject.org |

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME
[Case No. 2:25-cv-01886-TMC] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED]** ORDER

The parties are ORDERED to meet and confer to discuss whether Petitioner will continue to pursue her third-country removal claims and, if so, notify the Court by November 3, 2025, of a proposed deadline for any amendments to Petitioner's complaint and Respondents' answer.

DATED this 20th day of October, 2025.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME
[Case No. 2:25-cv-01886-TMC] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800