The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MONG TUYEN THI TRAN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>BRUCE SCOTT, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:25-cv-01886-TMC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME<br><br>Noted for Consideration:<br>October 31, 2025 |

The Court ordered the parties to meet and confer regarding Petitioner's third-country removal claims and to submit a proposed deadline for any amendments by October 20, 2025. Dkt. 17 at 11. The Court granted the parties an extension of that deadline by two weeks, to November 3, 2025. Dkt. 21. The parties are continuing discussions regarding a possible resolution to this matter. As such, they jointly request an additional extension of three weeks, to November 24. Because Petitioner has been released from custody and because a stipulated order would bar any third-country removal while this case is pending, no harm will result from a brief extension.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME
[Case No. 2:25-cv-01886-TMC] - 1

SEATTLE CLEMENCY PROJECT
20415 72ND AVE S, SUITE 415
KENT, WASHINGTON 98032
(917) 690-2038

1   DATED this 31st day of October, 2025.

2

3

4

Respectfully submitted,

5

| | |
|---|---|
| CHARLES NEIL FLOYD | SEMLER LAW LLC |
| United States Attorney | |
| | |
| | /s Bernard Semler II |
| s/ Michelle R. Lambert | BERNARD W. SEMLER II, FL #1036234 |
| MICHELLE R. LAMBERT, NYS #4666657 | Semler Law LLC |
| Assistant United States Attorney | 860 Pennsylvania Ave |
| United States Attorney's Office | Hagerstown, MD 21742 |
| 1201 Pacific Avenue, Suite 700 | Phone: 301-733-1222 |
| Tacoma, Washington 98402 | Fax: 301-733-3912 |
| Phone: (253) 428-3824 | Email: bsemler@semlerlawllc.com |
| Fax:    (253) 428-3826 | |
| Email:  michelle.lambert@usdoj.gov | |
| | SEATTLE CLEMENCY PROJECT |
| Attorneys for Federal Respondents | |
| | s/ Jennifer Pasquarella |
| I certify that this memorandum contains 106 words, in compliance with the Local Civil Rules. | JENNIFER PASQUARELLA, WA #62205 |
| | Seattle Clemency Project |
| | 20415 72nd Ave S, Suite 1-415 |
| | Kent, WA 98032 |
| | Phone: 917-690-2038 |
| | Fax: 301-733-3912 |
| | Email: jennie@seattleclemencyproject.org |

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
[Case No. 2:25-cv-01886-TMC] - 2

SEATTLE CLEMENCY PROJECT
20415 72ND AVE S, SUITE 415
KENT, WASHINGTON 98032
(917) 690-2038

## [~~PROPOSED~~] ORDER

The parties are ORDERED to meet and confer to discuss whether Petitioner will continue to pursue her third-country removal claims and, if so, notify the Court by November 24, 2025, of a proposed deadline for any amendments to Petitioner's complaint and Respondents' answer.

DATED this 31st day of October, 2025.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME
[Case No. 2:25-cv-01886-TMC] - 3

SEATTLE CLEMENCY PROJECT
20415 72ND AVE S, SUITE 415
KENT, WASHINGTON 98032
(917) 690-2038